UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JASON JORGENSEN,

        Plaintiff,

v.                                                            Case No. 12-C-57

CAROLYN W. COLVIN,
Acting Commissioner for Social Security[1],

        Defendant.

## ORDER AFFIRMING AGENCY DECISION ON REMAND
## AND ENTRY OF FINAL JUDGMENT

This matter is before the Court on the motion of the Commissioner of Social Security to affirm the decision of the Commissioner that Plaintiff met the disability requirements under the Social Security Act, 42 U.S.C. § 405(g). The decision followed the remand of the case pursuant to the sixth sentence of 42 U.S.C. § 405(g) on stipulation of the parties. Accordingly, the decision of the Commissioner is hereby affirmed and the Clerk is directed to enter Judgment.

**SO ORDERED** this __5th__ day of June, 2013.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court

---

[1] On February 14, 2013, Carolyn W. Colvin became Acting Commissioner of Social Security. Pursuant to Rule 25 of the Federal Rules of Civil Procedure, Carolyn W. Colvin is automatically substituted as the Defendant in this suit. No further action is necessary to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. §405(g).